UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re: ) Case No.: 17-80122-CRJ-13
   Dorothy O. Harris )
    xxx-xx-3464 )
       Debtor. )

## ORDER ON DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION TO SURRENDER VEHICLE TO WORLD OMNI FINANCIAL AND TO FURTHER OBJECT TO THE SECURED CLAIM AS FILED BY WORLD OMNI FINANCIAL

This matter having come before the Court on September 6, 2017 upon the Debtor's Motion to Modify Chapter 13 Plan After Confirmation to Surrender Vehicle to World Omni Financial and to Further Object to the Secured Claim as filed by World Omni Financial. The Court considered the Motion and it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

1.    The Debtor's Motion to Modify Chapter 13 Plan After Confirmation is APPROVED.

2.    The Debtor shall surrender the 2017 Toyota Camry to World Omni Financial Corp. and the balance of the secured claim, denoted by this Honorable Court as claim #3, shall be reduced to the amount paid to date. World Omni Financial Corp. shall have 60 days from the date of this Order to file an amended unsecured deficiency claim in this case.

3.    The Debtor shall be allowed to modify her Chapter 13 Plan to reduce plan payments to $200 monthly beginning with the payment due September 2017 and for the remaining months of the Plan. The fixed monthly payments to secured creditors are to be adjusted in accordance with this modification and the base gross amount as confirmed to be paid to unsecured creditors is reduced.

4. Beginning September 2017, the Debtor shall be placed on a three (3) month monitoring period, time being of the essence, wherein if plan payments are not made within the month in which they are due, the Trustee may obtain an order of dismissal without further notice.

Dated this the 12th day of September, 2017.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge